# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

AMANDA HINSHAW and )
DUSTIN HINSHAW, a married couple, )
)
    Plaintiffs, )
)
v. )    Case No. 20-cv-474-JED-CDL
)
BHUPINDER PADDA, an individual, and )
DELTA LOGISTICS INC., a corporation, )
)
    Defendants. )

## NOTICE OF SETTLEMENT

Plaintiffs Amanda Hinshaw and Dustin Hinshaw, and Defendants Bhupinder Padda and Delta Logistics, Inc. notify the Court that a settlement agreement regarding all matters litigated in the above-styled case has been reached. The parties are in the process of finalizing the necessary settlement documents and will file a Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 and within the time allowed under the Court's Administrative Closing Order. Further, the parties request that the Court strike all remaining deadlines and deem moot all pending motions.

Respectfully submitted,

Gregory J. Denney, OBA # 17918
GREGDENNEYLAW, PLLC
1204 South Cheyenne Avenue
Tulsa, Oklahoma 74119
(918) 295-0077-t (918) 295-8578-f
greg@gregdenneylaw.com
*Attorney for Plaintiffs*

Dan K. Jones, OBA # 16940
Amy M. Taylor, OBA # 33284
MILLER JOHNSON JONES
ANTONISSE & WHITE
500 N.W. 6th Street, Suite 300
Oklahoma City, Oklahoma 73102
(405) 896-4388-t (405) 239-2575-f
djones@mjjaw.com
ataylor@mjjaw.com
*Attorneys for Defendants*